**Paul Boyd McLEMORE, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 28630.**

Court of Criminal Appeals of Texas.

Oct. 10, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is unlawful possession of marijuana; the punishment, five years in the penitentiary.

Appellant has filed his affidavit stating that he desires to have his appeal in this case dismissed.

Accordingly, the appeal is dismissed.